# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| David Antonio Little, Jr., ) | Case No. 0:23-cv-1926-RMG |
| ) | |
| Plaintiff, ) | **ORDER AND OPINION** |
| ) | |
| v. ) | |
| ) | |
| Chesterfield County Detention Center, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 18) recommending that the Court dismiss Plaintiff's complaint without prejudice and without issuance and service of process as frivolous because it is duplicative of allegations and claims Plaintiff raised in Civil Action No. 4:23-1697-RMG-PJG. (*Id.*). Plaintiff did not file objections to the R&R. Accordingly, the Court adopts the R&R as the order of this Court and dismisses this action as frivolous without prejudice and without service of process.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
United States District Judge

August 15, 2023
Charleston, South Carolina